FILED BY _ube_ D.C.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

05 JUL 27 AM 10: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

JARVIS ROBINSON, Individually
and on behalf of the heirs at
law of JEFFREY ROBINSON,
deceased,

    Plaintiff,

v.

CITY OF MEMPHIS, MARK LUCAS,
ANTHONY BERRYHILL, JEFFREY SIMCOX,
and ALBERT BONNER,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NO: 02-2878 Ml/P

---

**JURY VERDICT.** This action came for consideration before the Court for a trial by jury. The issues have been tried and the jury duly rendered its verdict on October 15, 2004.

**IT IS SO ORDERED, ADJUDGED, AND DECREED** that, in accordance with the jury verdict, judgment is hereby entered for Defendant ANTHONY BERRYHILL and the case is DISMISSED with prejudice as to Defendant BERRYHILL.

As to Defendants Mark Lucas, Jeffrey Simcox, and Albert Bonner, the jury entered a verdict in favor of the Plaintiff Jarvis Robinson and awarded compensatory damages in the amount of $1,248,056.12 against Defendant MARK LUCAS; compensatory damages in the amount of $10,000.00 against Defendant JEFFREY SIMCOX; and compensatory damages in the amount of $50,000.00 against Defendant ALBERT BONNER. On October 15, 2004, the jury also found that the actions of Defendants Mark Lucas, Jeffrey Simcox, and Albert Bonner were intentional, reckless, malicious, or fraudulent. The jury rendered a verdict in favor of the Plaintiff Jarvis Robinson on the questions of punitive damages and awarded punitive damages in the amount of $1,500,000.00 against Defendant MARK LUCAS; punitive damages in the amount of $15,000.00 against Defendant JEFFREY SIMCOX; and punitive damages in the amount of $75,000.00 against Defendant ALBERT BONNER.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___7-27-05___



**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment in the amount of **$2,748,056.12** be and is hereby entered in favor of Plaintiff Jarvis Robinson and against Defendant MARK LUCAS; said judgment being comprised of compensatory damages in the amount of $1,248,056.12 and punitive damages in the amount of $1,500,000.00.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment in the amount of **$25,000.00** be and is hereby entered in favor of Plaintiff Jarvis Robinson and against Defendant JEFFREY SIMCOX; said judgment being comprised of compensatory damages in the amount of $10,000.00 and punitive damages in the amount of $15,000.00.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** judgment in the amount of **$125,000.00** be and is hereby entered in favor of Plaintiff Jarvis Robinson and against Defendant ALBERT BONNER; said judgment being comprised of compensatory damages in the amount of $50,000.00 and punitive damages in the amount of $75,000.00.

The Plaintiff and Defendant City of Memphis having settled this matter:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Notice of Settlement filed July 6, 2005, Plaintiff's claims against Defendant CITY OF MEMPHIS are DISMISSED with prejudice.

APPROVED:

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

July 26, 2005
Date

_____
Clerk of Court

_____
(By)   Deputy Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 239 in case 2:02-CV-02878 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert L.J. Spence
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT