IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 DEC 21 AM 9:08
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

JARVIS ROBINSON, individually )
and on behalf of the heirs at )
law of JEFFREY ROBINSON, )
deceased, )
)
Plaintiff, )
)
v. ) No. 02-2878 Ml/P
)
MARK LUCAS, JEFFREY SIMCOX, )
and ALBERT BONNER, )
)
Defendants. )

### ORDER TO FILE TRIAL TRANSCRIPT

The Court has determined that the filing of the trial transcript in this case is necessary to rule on Defendants' Motion Pursuant to Rule 59, filed August 4, 2005. As Plaintiff notes in his response, filed August 22, 2005, Defendants did not submit the trial transcript with their motion, nor did they cite to the transcript in their accompanying memorandum of law. Defendants are hereby ORDERED to request and file with the Court a copy of the trial transcript in this case within twenty (20) days of the date of entry of this order. Defendants shall pay for the cost of the transcript.

So ORDERED this 20 day of December, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-21-05


243

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 243 in case 2:02-CV-02878 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert L.J. Spence
SPENCEWALK, PLLC
One Commerce Square
Ste. 2200
Memphis, TN 38103

Jean E. Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT