**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

| | |
|---|---|
| JARVIS ROBINSON, individually and on behalf of the heirs at law of JEFFREY ROBINSON, deceased, )<br>)<br>)<br>)<br>) | |
|     Plaintiff, ) | |
| v. ) | No. 02-2878 Ml/P |
| MARK LUCAS, JEFFREY SIMCOX, and ALBERT BONNER, )<br>) | |
|     Defendants. ) | |

---

**ORDER GRANTING MOTION FOR LEAVE TO ALLOW CITY OF MEMPHIS TO
PROVIDE AND FILE TRANSCRIPT**

---

Before the Court is the Motion of Defendants Lucas, Simcox and Bonner for Leave to Allow City of Memphis to Provide and File Transcript and Memorandum in Support Thereof, filed January 4, 2006.  It appears that the City of Memphis previously ordered the transcript in this case, but it was never filed or delivered to the Court.  A copy of the transcript has now been delivered to the Court, and, accordingly, the motion is DENIED as moot. The Court Reporter is ORDERED to file a copy of the transcript that was previously prepared in this case.

So ORDERED this 6th day of January, 2006.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE